PETER SCHNEIDER et al., Respondents, et al., Plaintiff, *v.* CITY OF NEW YORK, Appellant.

Argued November 24, 1942; decided January 7, 1943.

*William C. Chanler, Corporation Counsel (Charles F. Murphy, Paxton Blair* and *Abraham Shapiro* of counsel), for appellant.

*James H. Tully* and *Truman H. Luhrman* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.